**Motion Granted; Order filed January 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01046-CV
_____

**JOHN PAYNE SMITH, Appellant**

**V.**

**ELSA ISELA JACQUEZ-SMITH, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30875**

## ORDER

This appeal is from an order signed September 28, 2012. Appellant filed a notice of appeal on November 13, 2012. Appellant filed a motion to proceed in forma pauperis and an affidavit of indigence on December 12, 2012. *See* Tex. R. App. P. 20.1.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be

allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the Harris County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

PER CURIAM